United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| POUV NUTH, ) | |
| ) | CIVIL NO. C09-5134-FDB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME |
| vs. ) | TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before October 27, 2009, Defendant's Answering Brief shall be filed on or before November 24, 2009, Plaintiff's Reply Brief shall be filed on or before December 8, 2009, and oral argument shall be requested by December 15, 2009.

DATED this 21st day of October, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- C09-5134-FDB-JRC] - 1