IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| POUV NUTH, | Civil No. 3:09-CV-5134-FDB-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before December 24, 2009;

- Plaintiff shall file the Reply Brief on or before January 7, 2010; and

- Oral argument shall be requested on or before January 14, 2010.

DATED this 30th day of November 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1  ORDER - [3:09-CV-5134-FDB-JRC]