IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| POUV NUTH, | |
|---|---|
| Plaintiff, | Civil No. 3:09-CV-5134-FDB-JRC |
| v. | ORDER AMENDING THE BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before January 26, 2010;

- Plaintiff shall file the Reply Brief on or before February 9, 2010; and

- Oral argument shall be requested on or before February 16, 2010.

DATED this 16th day of December 2009.

*J. Richard Creatura (signature)*

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

Page 1    ORDER - [3:09-CV-5134-FDB-JRC]