1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

POUV NUTH,

                    Plaintiff,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

CASE NO.  C09-5134FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
REMANDING FOR FURTHER
ADMINISTRATIVE
PROCEEDINGS

       The Magistrate Judge recommends that this action seeking social security benefits be remanded to the administration for further consideration.  The Commissioner of Social Security has not filed an objection.

       The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

       (1)     The Court adopts the Report and Recommendation;

       (2)     The matter is therefore REMANDED to the administration for further

                consideration; and

       (3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 29th day of March, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 1